AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada



| United States of America | ) | |
|---|---|---|
| v. | ) Case No. | 2:16-cr-313-APG-CWH |
| MARTIN ISAIS-MARTINEZ | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Before the Honorable George Foley, Jr., U.S. Magistrate Judge | Courtroom No.: | To be Determined |
|---|---|---|---|
| | | Date and Time: | December 5, 2016 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   December 2, 2016

_____
*Judge's signature*

GEORGE FOLEY, JR., U.S. Magistrate Judge
_____
*Printed name and title*