RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Martin Isais-Martinez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN ISAIS-MARTINEZ,<br><br>　　　　　Defendant. | Case No. 2: 16-cr-0313-APG-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Kilby C. Macfadden, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Martin Isais-Martinez, that the sentencing currently scheduled for Thursday, May 18, 2017 at 10:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than fourteen (14) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Undersigned defense counsel will be in trial preparations in another matter scheduled to begin May 16, 2017.

　　　　2.　　The defendant is incarcerated and does not object to the continuance.

　　　　3.　　The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first stipulation to continue sentencing filed herein.

DATED this 12th day of May, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE,<br>Acting United States Attorney |
| */s Rebecca Levy*<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender | */s/ Kilby C. Macfadden*<br>By_____<br>KILBY C. MACFADDEN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN ISAIS-MARTINEZ,<br><br>　　　　　Defendant. | Case No. 216-cr-0313-APG-CWH<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, good cause appearing, and the best interests of justice and judicial economy being served thereby:

IT IS THEREFORE ORDERED that the sentencing hearing currently set for Thursday, May 18, 2017 at 10:30 a.m. be vacated and continued to  May 31, 2017  at  10:00 a.m. Ctrm 6C.

DATED this  15th  day of May, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE